UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GERTRUDE PAUKAN    v.    UNITED STATES OF AMERICA

THE HONORABLE Ralph R. Beistline

DEPUTY CLERK                          CASE NO.  3:10-cv-00233-RRB

Chad Wilts

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 3, 2012

    Pursuant to D.Ak.LR 41.1, the above-referenced case is hereby DISMISSED for want of prosecution.